Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
ENRIQUE TORRES

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE TORRES | ) Case No.: 2:19-cv-01246-DMC |
| | ) |
| Plaintiff, | ) STIPULATION TO EXTEND TIME |
| v. | ) TO FILE OPENING BRIEF |
| | ) |
| ANDREW SAUL, | ) (SECOND REQUEST) |
| Commissioner of Social Security, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff Enrique Torres and Defendant Andrew Saul, Commissioner of

Social Security, through their undersigned attorneys, stipulate, subject to this

court's approval, to extend the time by 28 days from January 6, 2019 to February

3, 2020 for Plaintiff to file a Opening Brief, with all other dates in the Court's

Scheduling Order extended accordingly. This is Plaintiff's second

///

///

-1-

request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.  Counsel respectfully makes this request because she has been out of town on family matters. Counsel was not able to attend to this opening brief. Counsel was working diligently before she left and has returned to do so now. Counsel has several overdue motions and is working diligently to complete them all. Counsel has requested no new assignments so that time is available to complete the opening brief. Counsel respectfully makes this request in good faith

DATE: January 6, 2020          Respectfully submitted,

                               LAWRENCE D. ROHLFING

                                    /s/ *Denise Bourgeois Haley*

                          BY: _____
                               Denise Bourgeois Haley
                               Attorney for plaintiff Enrique Torres


DATE:  January 6, 2020


                               MCGREGOR W. SCOTT
                               United States Attorney
                               DEBORAH LEE STACHEL
                               Regional Chief Counsel
                               Social Security Administration



                                    /s/ *S. Wyeth McAdam*

                          BY: _____
                               S. Wyeth McAdam
                               Special Assistant United States Attorney
                               Attorneys for defendant Andrew Saul
                               Commissioner of Social Security
                               |*authorized by e-mail|

//

1   IT IS SO ORDERED.

2

3   Dated: January 10, 2020



4                             _____

5                             DENNIS M. COTA

6                             UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26