IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE TORRES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 2:19-CV-1246-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the court is plaintiff's application for leave to file a late brief by one day. See ECF No. 15. Good cause appearing therefor, plaintiff's application is approved. Plaintiff's motion for summary judgment filed on February 4, 2020, is deemed timely.

IT IS SO ORDERED.

Dated: February 13, 2020

　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1