McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
S. WYETH MCADAM
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 268-5610
    Facsimile: (415) 744-0134
    E-mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ENRIQUE TORRES, | Case No.: 2:19-cv-01246-DMC |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND ORDER** |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

    Plaintiff and Defendant, through their respective attorneys, and subject to the approval of the Court, hereby stipulate that Defendant shall have an extension of time of 45 days, up to and including Monday, April 20, 2020, in which to file and serve his response to Plaintiff's Motion for Summary Judgment. Plaintiff shall have 15 days, up to and including May 5, 2020, to file and serve her optional reply.

    Defense counsel needs an extension of time because the attorney responsible for briefing needs additional time to complete review and analysis of the 622-page record, consider the issues raised in Plaintiff's brief, determine whether options exist for settlement, accommodate competing workload demands, draft the response, and go through the necessary in-house reviews. With

Stip. & Prop. Order for Ext., 2:19-cv-01246-DMC

regard to competing workload demands, in March, defense counsel has eleven additional District Court briefs due, half of which courts have already extended once. Currently, the Office of the General Counsel has undergone an unforeseen reduction of several staff attorneys; our office is starting the process of hiring and management would have difficulty reassigning this case to another attorney. In addition, in March, defense counsel's sister is expecting twins and she plans to take some leave to support her. This request is made in good faith with no intention to delay unduly the proceedings. Counsel apologizes to the Court and Plaintiff for any inconvenience this delay may cause.

This is Defendant's first request for an extension to file a response to Plaintiff's Motion for Summary Judgment.

Respectfully submitted,

Dated: March 2, 2020

*/s/ Denise Bourgeois Haley* *
DENISE BOURGEOIS HALEY
Law Offices of Lawrence D. Rohlfing
Attorney for Plaintiff
(*As authorized via e-mail on March 2, 2020)

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Office of General Counsel
Social Security Administration

By: */s/ S. Wyeth McAdam*
S. WYETH McADAM
Special Assistant United States Attorney
Attorneys for Defendant

Stip. & Prop. Order for Ext., 2:19-cv-01246-DMC

## ORDER

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, DEFENDANT SHALL FILE HIS OPPOSITION TO PLAINTIFF'S OPENING BRIEF ON OR BEFORE APRIL 20, 2020. PLAINTIFF'S OPTIONAL REPY IS DUE ON OR BEFORE MAY 5, 2020.

Dated: March 3, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for Ext., 2:19-cv-01246-DMC